# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.03-02-00158-CV

### David Pulliam and Adela Pulliam, Appellants

### v.

### Lori Robinson, Appellee

---

### FROM THE COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY
### NO. 3770, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING

---

Because appellants David Pulliam and Adela Pulliam have failed to file an appellants= brief, we will dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).

The Clerk of this Court filed the clerk=s record in this cause on March 25, 2002 and the reporter=s record on April 4. Thus, appellants= brief was due May 6. *See id.* 38.6(a)(2). By postcard dated June 3, 2002, the Clerk of this Court notified the parties that the appeal was subject to dismissal for want of prosecution unless appellants tendered a motion for extension of time by June 13, reasonably explaining the failure to file a brief. *See id.* 38.8(a)(1). Thus far, appellants have submitted neither a brief nor a motion for extension of time to file a brief.

Accordingly, we dismiss the appeal for want of prosecution on our own motion. *See id.*

42.3(b).


Jan P. Patterson, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed for Want of Prosecution

Filed: August 30, 2002

Do Not Publish